(No. 6153— )

Springfield Internal Medicine Associates, S.C., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

270

*Opinion filed August 30, 1971.*

SPRINGFIELD INTERNAL MEDICINE ASSOCIATES, S.C., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.